1  Glenn J. Dickinson (State Bar #159753)
   Angela V. Lopez (State Bar #229078)
2  **NORDMAN CORMANY HAIR & COMPTON LLP**
   1000 Town Center Drive, 6th Floor
3  P.O. Box 9100
   Oxnard, California 93031-9100
4  (805) 485-1000
   (805) 988-8387 (fax)
5  E-Mail: gdickinson@nchc.com, alopez@nchc.com

6  Attorneys for Plaintiff Consumer Credit Counseling
   Service of Ventura County
7

8              **UNITED STATES DISTRICT COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA**

10                 **SAN JOSE DIVISION**

| | |
|---|---|
| 11  CONSUMER CREDIT COUNSELING SERVICE OF VENTURA COUNTY, | CASE NO.   C06-01275 MMC |
| 12  a California Corporation, | **Request for Court to Vacate Initial Case Management Conference and** |
| 13                          Plaintiff, | ~~[Proposed]~~ **Order** |
| 14  vs. | |
| 15  CONSUMER CREDIT COUNSELING OF AMERICA, an unknown business | |
| 16  entity, and DOES 1 through 10, | |
| 17                          Defendant. | |

18

19        TO THE HONORABLE COURT:

20        Plaintiff Consumer Credit Counseling Service of Ventura County hereby

21  requests that the Court vacate the Initial Case Management Conference presently

22  set for Friday, **May 26, 2006** at **10:30 a.m.**, in **Department 7, 19th Floor** of the

23  above-entitled court.  Plaintiff makes this request in light of the fact that default

24  was entered by the clerk on April 27, 2006 against the sole defendant in this action,

25  Consumer Credit Counseling of America, and discovery cannot proceed without

26  defendant's participation. Plaintiff intends to file an Application for Default

27  ///

28  ///

15754\002\pld\10262818.DOC                    1

1 | Judgment within the next two weeks.

2

3 | DATED:  May 22, 2006                    NORDMAN CORMANY HAIR & COMPTON LLP

4

5 | By: _____
    Angela V. Lopez
6 | Attorneys for Plaintiff
    Consumer Credit Counseling Service of
7 | Ventura County

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

15754\002\pld\10262818.DOC                          2

Request for Court to Vacate Initial Case Management Conference and [Proposed] Order

## DECLARATION OF ANGELA V. LOPEZ

I, Angela V. Lopez, declare:

1.      I am an attorney duly licensed and admitted to practice law and appear before all of the Courts in the State of California. I make this declaration based on my own personal knowledge, or I am informed and believe that the matters stated are true.

2.      I am an associate with the law firm of Nordman, Cormany, Hair & Compton, attorneys of record for the plaintiff in this matter, Consumer Credit Counseling Service of Ventura County.

3.      On March 28, 2006, I caused defendant Consumer Credit Counseling of America to be served with a copy of the summons and complaint in the above-referenced action.  The proof of service of the summons is on file with this Court.

4.      Pursuant to the Federal Rules of Civil Procedure, the defendant's deadline to file a responsive pleading was April 17, 2006.

5.      Defendant did not file a responsive pleading by the deadline, and on April 24, 2006, I filed a request for the clerk to enter default against defendant.

6.      The clerk entered default against defendant on April 27, 2006.

7.      We have had no contact with defendant, or with any counsel representing defendant.

8.      Plaintiff intends to file an Application for Default Judgment within two weeks.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

Executed this 22nd day of May 2006, at Oxnard, California.

Angela V. Lopez

15754\002\pld\10262818.DOC                              3

Request for Court to Vacate Initial Case Management Conference and [Proposed] Order

1

## ~~[PROPOSED]~~ ORDER

2  IT IS HEREBY ORDERED that the Initial Case Scheduling Conference presently

3  set for Friday, May 26, 2006 at 10:30 a.m. in the action styled *Consumer Credit*

4  *Counseling Service of Ventura County v. Consumer Credit Counseling of America*,

5  United States District Court, Northern District, Case Number C06-01275 MMC, is

6  ~~vacated.~~ CONTINUED to July 28, 2006 at 10:30 a.m.

7

8  DATED: ___May 23, 2006___          _____

9                        HONORABLE MAXINE M. CHESNEY

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

15754\002\pld\10262818.DOC                    4

[PROPOSED] ORDER
Request for Court to Vacate Initial Case Management Conference and [Proposed] Order