United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   CONSUMER CREDIT COUNSELING              No. C-06-1275 MMC
     SERVICE OF VENTURA COUNTY,
12                                            **ORDER DIRECTING PLAINTIFF TO**
                 Plaintiff,                    **LODGE CHAMBERS COPIES IN**
13                                            **COMPLIANCE WITH GENERAL**
       v.                                     **ORDER 45 AND THE COURT'S**
14                                            **STANDING ORDERS**
     CONSUMER CREDIT COUNSELING OF
15   AMERICA,

16               Defendant.

17   _____/

18

19        On June 9, 2006, plaintiff electronically filed a motion for default judgment and a

20   proposed order.  Plaintiff has violated General Order 45 and the Court's standing orders,

21   however, by failing to deliver to the Clerk's Office "no later than noon on the business day

22   following the day that the papers are filed electronically, one paper copy of each document

23   that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the

24   judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45

25   § VII.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M.

26   Chesney ¶ 2.

27        Plaintiff is hereby ORDERED to comply with General Order 45 and the Court's

28   standing orders by immediately submitting chambers copies of the above-referenced

     documents.  Plaintiff is hereby advised that if it fails in the future to comply with the Court's

1   order to provide chambers copies of electronically-filed documents, the Court may impose

2   sanctions, including, but not limited to, striking from the record any electronically-filed

3   document of which a chambers copy has not been timely provided to the Court.

4      **IT IS SO ORDERED.**

5   Dated: June 21, 2006

6                                                            MAXINE M. CHESNEY
                                                            United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2